# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AK STEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:15-CV-09260-CM-GEB |
| PAC OPERATING LIMITED PARTNERSHIP | ) | |
| and PALMTREE ACQUISITION | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants/Crossclaim Plaintiffs/ | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTECH ENGINEERED SOLUTIONS, | ) | |
| LLC, ARKEMA, INC., HENKEL | ) | |
| CORPORATION, and DIAL CORPORATION, | ) | |
| | ) | |
| Third-Party Defendants | ) | |

### THE DIAL CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; REQUEST FOR ORAL ARGUMENT

Third-Party Defendant The Dial Corporation hereby moves to dismiss PAC Operating Limited Partnership and Palmtree Acquisition Corporation's third-party complaint against The Dial Corporation for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

The Dial Corporation's motion is based on this Motion; the Brief and Declarations in support thereof; all pleadings, records and files in this action; those matters of which the Court may take judicial notice; and upon such oral argument as may be permitted by the Court.

1

The Dial Corporation respectfully requests oral argument.

Dated:  November 23, 2016                    Respectfully submitted,


By:    **s/ Alan L. Rupe**
       Alan L. Rupe,                KS # 08914
       Lewis Brisbois Bisgaard & Smith LLP
       1605 N Waterfront Parkway, Ste. 150
       Wichita, Kansas 67206
       Tel:  (316) 609-7901
       Fax: (316) 462-5746
       alan.rupe@lewisbrisbois.com

       *Attorneys for Third-Party Defendant*
       *The Dial Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2016, I filed the above and foregoing with the Clerk of the Court by using the Court's CM/ECF system which sent notification of such filing to all counsel of record.

David Erickson
Anthony Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
derickson@shb.com
amartinez@shb.com

*Attorneys for PAC Operating Limited Partnership*
*and Palmtree Acquisition Corporation*

Michael Hockley
Barry Pickens
Katie Jo Wheeler
SPENCER, FANE, BRITT & BROWN, LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
mhockley@spencerfane.com
bpickens@spencerfane.com
kwheeler@spencerfane.com

*Attorneys for AK Steel Corporation*
*and Contech Engineering Solutions LLC*

Anthony F. Rupp                           David J. Parsells
David Robert Green                        STEVENS & LEE
FOULSTON SIEFKIN LLP                      620 Freedom Business Center, Suite 200
32 Corporate Woods, Suite 600             King of Prussia, PA 19406
9225 Indian Creek Parkway                 djp@stevenslee.com
Overland Park, KS 66210-2000
trupp@foulston.com
dgreen@foulston.com

*Attorneys for Arkema, Inc.*

                                          s/ Alan L. Rupe
                                          Alan L. Rupe          #08914

4849-4991-1101.1