# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AK STEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:15-CV-09260-CM-GEB |
| PAC OPERATING LIMITED PARTNERSHIP | ) | |
| and PALMTREE ACQUISITION | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants/Crossclaim Plaintiffs/ | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTECH ENGINEERED SOLUTIONS, | ) | |
| LLC, ARKEMA, INC., HENKEL | ) | |
| CORPORATION, and DIAL CORPORATION, | ) | |
| | ) | |
| Third-Party Defendants | ) | |

## HENKEL CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; REQUEST FOR ORAL ARGUMENT

Third-Party Defendant Henkel Corporation ("Henkel") hereby moves to dismiss PAC Operating Limited Partnership and Palmtree Acquisition Corporation's third-party complaint against Henkel for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

Henkel's motion is based on this Motion; the Brief and Declarations in support thereof; all pleadings, records and files in this action; those matters of which the Court may take judicial notice; and upon such oral argument as may be permitted by the Court.

Henkel respectfully requests oral argument.

Dated:  November 23, 2016                    Respectfully submitted,


                                    By:   **s/ Alan L. Rupe**
                                          Alan L. Rupe,              KS # 08914
                                          Lewis Brisbois Bisgaard & Smith LLP
                                          1605 N Waterfront Parkway, Ste. 150
                                          Wichita, Kansas 67206
                                          Tel:  (316) 609-7901
                                          Fax: (316) 462-5746
                                          alan.rupe@lewisbrisbois.com

                                          *Attorney for Third-Party Defendant*
                                          *Henkel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2016, I filed the above and foregoing with the Clerk of the Court by using the Court's CM/ECF system which sent notification of such filing to all counsel of record.

David Erickson
Anthony Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
derickson@shb.com
amartinez@shb.com

*Attorneys for PAC Operating Limited Partnership
and Palmtree Acquisition Corporation*

Michael Hockley
Barry Pickens
Katie Jo Wheeler
SPENCER, FANE, BRITT & BROWN, LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
mhockley@spencerfane.com
bpickens@spencerfane.com
kwheeler@spencerfane.com

*Attorneys for AK Steel Corporation
and Contech Engineering Solutions LLC*

Anthony F. Rupp                          David J. Parsells
David Robert Green                       STEVENS & LEE
FOULSTON SIEFKIN LLP                      620 Freedom Business Center, Suite 200
32 Corporate Woods, Suite 600            King of Prussia, PA 19406
9225 Indian Creek Parkway                djp@stevenslee.com
Overland Park, KS 66210-2000
trupp@foulston.com
dgreen@foulston.com

*Attorneys for Arkema, Inc.*

s/ Alan L. Rupe
Alan L. Rupe                #08914