**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| AK STEEL CORPORATION, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:15-CV-09260-CM-GEB |
| vs. | ) |
| | ) |
| PAC OPERATING LIMITED | ) |
| PARTNERSHIP, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DEPOSITION OF TAREK SABA

PLEASE TAKE NOTICE that Third Party Defendant Arkema Inc. will take, by remote means via Magna Court Reporters, the deposition upon oral examination of Tarek Saba, commencing on October 13, 2020 at 9:00 a.m. CST.

The deposition will be conducted pursuant to the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths.  The deposition will be recorded by stenographic and/or videographic means and will continue from day to day until completed.  You are invited to attend and participate.

Respectfully submitted,

September 14, 2020

*/s/David R. Green*
Anthony F. Rupp, KS #11590
David R. Green, #26732
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS  66210
Tel:     (913) 498-2100
Fax:     (913) 498-2101
E-mail: trupp@foulston.com
            dgreen@foulston.com

1

David J. Parsells (admitted *pro hac vice*)
Neil C. Schur (admitted *pro hac vice*)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Tel:      (610) 205-6004
Fax:      (610) 371-7968
E-mail: djp@stevenslee.com
            ncsc@stevenslee.com

*Counsel for Third Party Defendant Arkema Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of September 2020, I filed the foregoing document with the Clerk of the Court via the Court's CM/ECF system, which will provide electronic service on all counsel of record.

/s/David R. Green
David R. Green